# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Steven Bigverdi

Plaintiff(s),

v.

Countrywide Bank FSB et al

Defendant(s).

CASE NUMBER:

CV 07-03454 AHS (FMOx)

**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 07-02**
**( Related Cases )**

# TRANSFER ~~CONSENT~~ ORDER

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 07-02.

# DECLINED  George P Schaivelli

_____
Date

_____
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:
Transfer would not create judicial efficiency because this Court dismissed the low-numbered case shortly after it was filed due, in part, to plaintiff's failure to oppose the motion.  Although the matter has since been revived, the Court has not addressed the case in any substantive manner whereas other courts in this District have done so.  If possible, the cases should be allocated per defendant.  Accordingly, this Court consents to transfer of the cases filed against Defendant Washington Mutual, 08-0201 AHS and 07-3451 AHS.

Date  6/5/08     _George P Schaivelli_
                 United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____ CV 07-3137 GPS(SHx) _____ and the present case:

- ☐ A.  Arise from the same or closely related transactions, happenings or events; or
- ☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge_____ (to Magistrate Judge)_____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☐ Western   ☐ Southern   ☐ Eastern Division.

**Subsequent documents must be filed at the   ☐ Western   ☐ Southern   ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**