| | |
|---|---|
| Jonathan Shub Esq. (SBN 237708)<br>SEEGER WEISS LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>(215) 564-2300 tel.<br>(215) 851-8029 fax | David M. Arbogast (SBN 167571)<br>Jeffrey K. Berns (SBN 131351)<br>ARBOGAST & BERNS LLP<br>19510 Ventura Blvd. STE 200<br>Tarzana, CA 91356<br>(818) 961-2000 tel. |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN S. BIGVERDI and DOROTHY PERALTA on behalf of themselves and others similarly situated,<br><br>Plaintiff(s),<br>v.<br>COUNTRYWIDE BANK, FSB; COUNTRYWIDE HOME LOANS INC.; et al.<br>Defendant(s). | CASE NUMBER<br>2:07-cv-3454 AHS-FMO<br><br><br>**NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P.** |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| 05/04/2009 | /s/ Jonathan Shub, Esq. |
| *Date* | *Signature of Attorney/Party* |

*NOTE:*  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*